UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**CAROL JEANETTE DUNN,**                                                                 **PLAINTIFF**

v.          CIVIL ACTION NO. 1:24-cv-00032-CRS-HBB  (*E-filed*)

**MARTIN O'MALLEY,**
**COMMISSIONER OF SOCIAL SECURITY,**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

May 7, 2024

Charles R. Simpson III, Senior Judge
United States District Court

TENDERED BY:

s/ Laura Ridgell-Boltz
Laura Ridgell-Boltz
Special Assistant United States Attorney
Office of the General Counsel, SSA
Office of Program Litigation - 4
6401 Security Blvd.
Baltimore, MD 21235
(303) 844-7892 (phone)
Laura.ridgell.boltz@ssa.gov